UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-61994-JIC

SCOTT BARR, DDS, on behalf of itself
and other similarly situated,

    Plaintiff,

v.

EXSTO ENTERPRISES, LLC, d/b/a
CERTIFIED PAYMENT SOLUTIONS,
a Florida limited liability company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** the Plaintiff, SCOTT BARR, DDS, by and through undersigned attorneys and hereby files this Voluntary Dismissal with Prejudice with regard to Defendant, EXSTO ENTERPRISES, LLC, d/b/a CERTIFIED PAYMENT SOLUTIONS. Each party shall bare their own attorney's fees and costs in this matter.

Dated: November 13, 2013        Respectfully submitted,

                                                          */s/ Steven R. Jaffe*
                                                          Steven R. Jaffe (Florida Bar No. 390770)
                                                          Email: steve@pathtojustice.com
                                                          Seth M. Lehrman (Florida Bar No. 132896)
                                                          Email: seth@pathtojustice.com
                                                          Mark S. Fistos (Florida Bar No. 909191)
                                                          Email: mark@pathtojustice.com
                                                          Gabriel F. Zambrano (Florida Bar No. 005710)
                                                          Email: gabe@pathtojustice.com
                                                          FARMER, JAFFE, WEISSING, EDWARDS
                                                          FISTOS & LEHRMAN, P.L.
                                                          425 North Andrews Avenue, Suite 2
                                                          Fort Lauderdale, FL 33301
                                                          Telephone: (954) 524-2820
                                                          Facsimile: (954) 524-2822
                                                          Scott D. Owens, Esq.
                                                          Florida Bar No. 0597651

1

Email: scott@scottdowens.com
SCOTT D. OWENS, P.A.
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Telephone: (954) 589-0588
Facsimile: (954)337-0666

*Attorneys for Plaintiff*