UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61994-CIV-COHN/SELTZER

SCOTT BARR, DDS, on behalf of
itself and others similarly situated,

    Plaintiff,

v.

EXSTO ENTERPRISES, LLC,
d/b/a Certified Payment Solutions,

    Defendant.
_____/

### ORDER CLOSING CASE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 10]. Because Plaintiff has dismissed this action with prejudice, the Clerk of Court is directed to **CLOSE** the case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of November, 2013.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF